AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Barry Bennet Ramey<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:22-mj-00083<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 4/20/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Barry Bennet Ramey _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§§ 1752(a)(1), (2), (4), and (b)(1))(A) - Enter or Remain in a Restricted Building or Grounds with Intent to
Impede or Disrupt and Knowingly Engages in an Act of Physical Violence While Using or Carrying a Deadly or Dangerous
Weapon;
40 U.S.C. § 5104(e)(2)(F) - Act of physical violence in the Grounds or Capitol Buildings;
18 U.S.C. §§ 111(a)(1) and 111(b) - Assault of Federal Law Enforcement Officer with a Deadly or Dangerous Weapon;
18 U.S.C. 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer.

Date:     04/20/2022                                    Digitally signed by G. Michael
                                                        Harvey
                                                        Date: 2022.04.20 12:38:33
                                                        -04'00'
                                            *Issuing officer's signature*

City and state:     Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/20/2022 , and the person was arrested on *(date)* 04/21/2022<br>at *(city and state)* Plantation, Florida .<br><br>Date: 04/21/2022<br><br>*Arresting officer's signature*<br><br>Ryan Nougaret    FBI-SA<br>*Printed name and title* |