## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00184-DLF |
| | : | |
| Barry Bennett Ramey, | : | |
| *Defendant*. | : | |

### NOTICE OF APPEARANCE

THE CLERK OF COURT will please enter my appearance as counsel for Defendant, Barry Bennett Ramey, in the above-captioned case.

Dated: June 6, 2022                                                  Respectfully Submitted,


/s/
Farheena Siddiqui
District of Columbia Bar No. 888325080
Law Office Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: fsiddiqui@scmoorelaw.com
Phone: 703-535-7809