AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Barry Bennet Ramey

_____
Defendant

)
)
)
)
)
)
)

Case: 1:22-mj-00083
Assigned To : Harvey, G. Michael
Assign. Date : 4/20/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          **Barry Bennet Ramey**                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§§ 1752(a)(1), (2), (4), and (b)(1))(A) - Enter or Remain in a Restricted Building or Grounds with Intent to
Impede or Disrupt and Knowingly Engages in an Act of Physical Violence While Using or Carrying a Deadly or Dangerous
Weapon;
40 U.S.C. § 5104(e)(2)(F) - Act of physical violence in the Grounds or Capitol Buildings;
18 U.S.C. §§ 111(a)(1) and 111(b) - Assault of Federal Law Enforcement Officer with a Deadly or Dangerous Weapon;
18 U.S.C. 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer.

Digitally signed by G. Michael
Harvey
Date: 2022.04.20 12:38:33
-04'00'

Date:     04/20/2022                          _____
                                                        *Issuing officer's signature*

City and state:          Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/28/2022 , and the person was arrested on *(date)* 06/13/2022 at *(city and state)* Washington, DC . |
| Date: 06/13/2022          _____ *Arresting officer's signature*  Justin Trotman, DUSM *Printed name and title* |