# EXHIBIT 1

6/6/22

Honorable Judge

Re: Barry Ramey's Bond Motion

Your Honor:

My name is Desiree Rowland, an established Business Process Manager with over 15 years of experience in Operations Departments in various industries such as Travel, Medical and Home Improvement, in South Florida.  During several of the pre-pandemic years, in addition to my secular work, I served the Fort Lauderdale community by creating self-growth experiences and contributing to charity. I've raised funds for and taught underprivileged children art and meditation classes at The Boys and Girls Club for life skills.  I also created a monthly gathering that united hundreds of people in the Fort Lauderdale Community over a year and a half to learn self expansion tools and techniques for self improvement while I enrolled other teachers to lead with me and contribute to community charitable efforts.

I met Barry Ramey at a self-improvement leadership course called Gratitude between 4-5 years ago. Over 2 years ago, we began a romantic relationship and have been living together with a commitment to be together for life. My love for him is derived from his giving nature and our joint ability to navigate this life owning both our positive aspects and our faults while we continue supporting each others' growth emotionally, spiritually and mentally as partners who lift each other with honesty and compassion.

With a heaviness, I realize the weight of his charges are incredibly serious and life altering on many levels for all involved.  They describe acts that are disconcerting and hard for me to believe yet I seek to gain comprehension and closure on.  It's my belief that I am capable of supporting Barry mentally, emotionally and spiritually through our relationship trust and honesty combined with approaches I've learned and shared in the self-growth arena and the level of honor we have developed in our relationship.  I am committed to being there for him both in and out of confinement  this way.  We share a home, so he has a place to live, eat healthy and be safe.  I'm connected enough in business which I believe would assist him with short or long term employment opportunities when he is permitted to begin rebuilding.  I trust that my signature to any financial bond requirements would be honored by him showing up for all parts of the legal process and following the rules with respect so I am committed to extending my support in this way as well.

Over the past several years I've experienced Barry in the realm of intimate partner and although I could write extensively, here I provide just a glimpse into who he is to me and others.  Barry is a hard-working aircraft mechanic who shows up for work consistently, in good and bad weather, dedicated to precision and advancing his skills, to make a living and support our life together.  I've witnessed Barry's kindness in serving others by stopping to help people when their car is broken down on the side of the road, even getting their car out of traffic if they need it.  When kids at grocery stores ask for donations for their school related fundraisers he gives, even if he doesn't have much extra for himself.  I've watched him take care of his mom, many times, getting her to/from doctors and making sure her car is well maintained by servicing it himself or taking it in for work and helping her with projects at her apartment.  He was especially helpful with packing and ensuring her safety and care when she needed neck surgery last year at the same time as needing to move from her apartment.

He has shown his gratitude on countless occasions when we are out and notice a U.S. Veteran or a Law Enforcement Officer, by making a point to address them and thank them for their service. Last year, for Memorial Day he took me to a cemetery in Miami to show our respect with Veterans and families of those who made the ultimate sacrifice for our country and honor them with flags upon their graves, prayers and respect.  Barry's heart also has a special love for animals as on several occasions he's helped injured or lost animals. Like when I found a hurt squirrel on my bike ride and he came immediately in his car to help bring it to the wildlife center. Or when he helped a baby turtle out of the road at my apartment and returned to its habitat.  Even at the beach, he noticed a bird by the shore struggling so he got a towel to bring it safely to the life guard to have it taken in for help with its' wing.  At home, he is heavily invested in our relationship and cares for me by surprising me with cooking for us and helping clean around the house without being asked. He is an open listener when I need someone to talk to about things going on in my life.  He encourages me to follow my dreams, speak my truth and love myself unconditionally.  He is there for me when I have pain episodes and decreased ability to do physical work related to my health and require special care.  Barry is a caring, loving person with a big heart who gives to others in their time of need and in everyday life.

Barry has a ripple effect of support to those his heart touches every day and a contribution as a hard worker that expands to those who benefit from his presence in our society as I've shared above.  This is how he operates daily which is polar opposite from the serious charges described in the allegations.  It would be a great detriment not only myself and his family but all those we each touch to be hard pressed to navigate this time of increased cost of living and strained emotional and physical issues without his support and presence. I ask to please take to heart the examples I've described above to glean that Barry is not a threat to society but instead carries on in day to day life with care, love and respect for authority.  With high esteem for the court and the legal process, I ask for heavy consideration for Barry to return home so we can all navigate the course of this case with a degree of solace through this serious matter.

Thank you for taking time to read this and your consideration to learn about Barry's way of being. I'm available to confirm the facts of this letter by phone or email listed below.

Respectfully yours,


Desiree Rowland
471 NW 68th Ave
Plantation, Fl 33317
754-367-9112
info@risingzen.com

# EXHIBIT 2

6/7/2022
Honorable Judge
Re: Barry Ramey's Bond Motion
Your Honor:

My name is Margaret Ramey. My brother Barry Ramey is incarcerated for incidents on January 6th at the Capital. I'm writing to present to you an idea of the character of my brother.

Barry is and remains, a truly kind and considerate person. He was a great influence to me growing up and has always taken care of his family, putting us before anything else. This was significantly important for me, his younger sister, since our father passed away when we were younger. I firmly believe that my brother is a good person at heart and adds value to anyone who is fortunate to be in his life. Barry is loyal and has been a great figure for me to look to growing up. Barry's positive influence on me personally is something I will be forever grateful for. For example it was Barry who not only gave me the confidence but resources to follow my chosen career. He sent me various different opportunities and personally helped me fill out applications for the first time and prepare for the interview. This is one of many positive impacts Barry has had on me.

I do understand the seriousness of the charges against him and I'm saddened. He will always have my love and support for any of his needs. However, he is not a threat to society. I understand that all things considered, you time is precious. I'm asking you kindly to show mercy throughout this process and understand that he is a pivotal part of our family, who will greatly suffer a consequence of all that has and will happen.  Thank you for your time

Respectfully Yours
Margaret Ann Ramey
954-695-4447
8977 Wiles Rd Apt 206
Coral Springs, FL 33067

# EXHIBIT 3

June 7, 2022
Honorable Judge
*Re: Barry Ramey's Bond Motion*
Your Honor:

I am Mary Ann Ramey, Barry's Mother. I'm writing to hopefully give you a greater understanding of my son's true character.  He is a loving and caring son. He is faithful to the family and can always be depended on when we are in need.  We are a very close family who love each other very much.

I do understand the seriousness of the charges and my heart is grieved and overwhelmed. I will always love and care for him unconditionally. While he is confined I will give my spiritual, emotional and financial support as well as afterwards. He will always have a home and the love of his family.

His father passed away when he was nineteen. Since then he acted as a father to his younger sister.  As my adult son he encourages me be the best that I can be. He encouraged me to participate in a Landmark Forum (self Improvement) and we took many of the workshops together. He loves his country and honors our military. Barry is a true friend and will always lend a helping hand.  He once raised money for friend who had bad teeth from his youth to have upper dental implants. He also organized a fund raiser for a stroke victim who did not have health insurance to get physical therapy. He loves animals and cares about the environment. Barry is not a threat to society and there is no benefit in keeping him detained. His alleged actions are not who he is. He will respect the court and legal process.  I will be deeply grateful for your consideration to return him home to a family who needs him.
Respectfully yours

Mary Ann Ramey
9202 NW 9th Ct
Plantation, Fl 33324
954-695-3022
maryaramey@gmail.com

# EXHIBIT 4

June 8, 2022

Honorable Judge

Re: Barry Ramey's Bond Motion

Your Honor:

My name is Linda Dunn, a family friend.

I have known Barry and his family for quite a few years now. I can attest that Barry Ramey is a good, kind man. I was shocked to learn that he allegedly participated in the January 6th attack on the Capitol. This is not the Barry I know. Barry has always been very upstanding and kind, always ready to lend a hand. I have witnessed his kindness on many occasions. He is the man in the family, as Barry's father is deceased.

His mother is getting along in age and is very dependent on Barry being the man of the family lending advice and helping her on many issues. He loves his family very much.

I want you to understand that Barry is by no means a threat to society and his incarceration has been a big hardship and heartache to his mother. This allegation is not the Barry I know.

Respectfully yours,


Linda Dunn
9209 NW 9th Court
Plantation, FL 33324
954-240-2831
Lmd46383@yahoo.com

# EXHIBIT 5

6/13/2022

Honorable Judge

Re: Barry Ramey

Your Honor:

This letter is to confirm Barry Ramey will have a position at Priceless Marketing as a remote Appointment Setter/Lead Generator if he is granted bail. I understand that Barry is charged with the following Violations: 18 U.S.C. 231 (a)(3), 18 U.S.C. 111(a)(1) and (b) 18 U.S.C 1752(a)(1) and (b)(1)(A) 18 U.S.C. 1752 (a)(2) and (b)(1)(A) 18 U.S.C 1752 (a)(4) and (b)(1)(A) and 40 U.S.C. 5104(e)(2)(F).

His duties as a remote Appointment Setter/Lead Generator will include setting appointments on the phone from home and/or in person in the tri-county area of South Florida (Broward, Palm Beach, Miami) that are assigned daily by our lead generation management team. He will utilize a computer and/or phone(s), drive a vehicle in the tri-county area if/when applicable, complete and turn in lead generation paperwork, verbally report on progress to management, follow up on set appointments and follow existing appointment setting confirmation guidelines & lead submission processes.

Yours sincerely,

Jason Rowland

Jason Rowland
Director of Marketing
Direct line: 786-389-2727

Priceless Marketing
3761 SW 45 Terrace
West Park, FL 33023
jrowland@pricelessmarketingsolutions.com