UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 22-CR-184 (DLF) |
| BARRY BENNET RAMEY, : | |
| *Defendant* : | |

**DEFENDANT'S MOTION TO SET A HEARING DATE**

Defendant Barry Ramey, by and through counsel, respectfully requests that this Court set a status date in this matter to set a trial date. In support thereof, he states:

1. Mr. Ramey was scheduled to begin trial on October 31, 2022;

2. While Defense Counsel and the Counsel for Government had maintained lines of communication about a potential plea resolution, these conversations became more fruitful closer to the trial date;

3. Counsel for the Government joined in the motion to request that the trial date be continued or removed in an effort to give both sides adequate time to pursue a plea resolution;

4. This Court vacated the earlier trial dates and set a status hearing for January 18, 2022;

5. Plea negotiations did not result in a disposition for the matter;

6. Defendant respectfully requests a new trial date;

7. The Court and all parties involved are available for a status hearing on November 17, 2022, at 11 a.m.

**CONCLUSION**

WHEREFORE, the Defendant respectfully requests that the Court set a status hearing on

1

November 17, 2022, at 11 a.m. to elect a new trial date in the above-captioned matter.

                                        Respectfully submitted,

                                        /s/ *Farheena Siddiqui*
                                        Farheena Siddiqui
                                        District of Columbia Bar No. 888325080
                                        Law Office Samuel C. Moore, PLLC
                                        526 King St., Suite 506
                                        Alexandria, VA 22314
                                        Email: fsiddiqui@scmoorelaw.com
                                        Phone: 703-535-7809
                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant's Reply to the Government's Opposition to Defendant's Motion to Revoke Detention Order was served upon counsel of record through ECF on the date of filing.

                                        s/ *Farheena Siddiqui*
                                        Farheena Siddiqui