## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-CR-184 (DLF) |
| : | |
| BARRY BENNET RAMEY, : | |
| : | |
| *Defendant.* : | |

### DEFENDANT'S MOTION TO WAIVE JURY TRIAL

COMES NOW the Defendant, Barry Ramey, by and through counsel, and respectfully moves this Court for leave to waive his right to a jury trial in favor of a bench trial, pursuant to Fed. R. Crim. P. 23.

### BACKGROUND

Defendant, Mr. Barry Ramey, is charged with the following offenses, Inflicting Bodily Injury on Certain Officers (18 U.S.C. § 111(a)(1) and (b)); Civil Disorder (18 U.S.C. § 231(a)(3)); Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Engaging in Physical Violence in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1) and (a)(2) and (a)(4), and (b) (1) (A)); Disorderly Conduct on Capitol Grounds, Impeding Passage Through the Capitol Grounds or Buildings, and an Act of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(F), (E), and (F)). (ECF No. 1.). A jury trial on these charges is scheduled to begin before this Court on February 21, 2023. After considering his rights, Mr. Ramey wishes to waive his right to a jury trial and proceed with a bench trial on February 21, 2023.

1

WHEREFORE, Mr. Ramey respectfully requests the Court to grant his motion and proceed in this matter with a bench trial under Fed. R. Crim. P. 23.

Respectfully submitted,

/s/ Farheena Siddiqui
Farheena Siddiqui
District of Columbia Bar No. 888325080
Law Office Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: fsiddiqui@scmoorelaw.com
Phone: 703-535-7809
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion to Waive Jury Trial was served upon counsel of record through ECF on the date of filing.

s/ Farheena Siddiqui
Farheena Siddiqui