# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY BENNET RAMEY,<br><br>*Defendant.* | No. 22-cr-00184 (DLF) |

For the reasons stated in the oral ruling on March 3, 2023, based on the evidence presented in the record, the Court finds the defendant, Barry Bennet Ramey, **GUILTY** beyond a reasonable doubt:

As to the charge of knowingly committing and attempting to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officers Riggleman and Williams, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce or the movement of any article and commodity in commerce and the conduct or performance of any federally protected function, in violation of 18 U.S.C. § 231(a)(3);

As to the charge of forcibly assaulting, resisting, opposing impeding, intimidating, or interfering with an officer of the United States, that is, Officer Riggleman, while he was engaged in the performance of official duties, and where the acts involved physical contact with the victim and the intent to commit another felony, in violation of 18 U.S.C. § 111(a);

As to the charge of forcibly assaulting, resisting, opposing impeding, intimidating, or interfering with an officer of the United States, that is, Officer Williams, while he was engaged in

1

the performance of official duties, and where the acts involved the intent to commit another felony, in violation of 18 U.S.C. § 111(a);

As to the charge of knowingly entering and remaining in a restricted building or grounds, without lawful authority to do so, in violation of 18 U.S.C. § 1752(a)(1);

As to the charge of knowingly, and with the intent to impede and disrupt the orderly conduct of Government business and official functions, engaging in disorderly and disruptive conduct in and within such proximity to a restricted building or grounds, and when and so such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, in violation of 18 U.S.C. § 1752(a)(2);

As to the charge of knowingly engaging in any act of physical violence against any person and property in a restricted building and grounds, in violation of 18 U.S.C. § 1752(a)(4); and

As to the charge of willfully and knowingly engaging in an act of physical violence within the United States Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(F).

For the reasons stated in the oral ruling on March 3, 2023, based on the evidence presented in the record, the Court finds the defendant, Barry Bennet Ramey, **NOT GUILTY:**

As to the charges of using a deadly and dangerous weapon, that is, pepper spray, to forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States, that is, Officers Riggleman and Williams, while each was engaged in the performance of official duties, in violation of 18 U.S.C. § 111(b); and

As to the charges of using and carrying a deadly and dangerous weapon during and in relation to the offenses involving a restricted building or grounds, in violation of 18 U.S.C. § 1752(b)(1)(A).

**SO ORDERED.**

March 6, 2023

DABNEY L. FRIEDRICH
United States District Judge