# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22-cr-184 (DLF) |
| | : | |
| **BARRY BENNET RAMEY,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for a three-week continuance of the June 1, 2023, sentencing hearing scheduled in the above-captioned matter. As explained via email to the Court, undersigned counsel is facing a family emergency which requires travel to Minnesota.

The government has conferred with counsel for the defendant. The defendant does not object to this motion. The parties have also conferred regarding availability for a continued sentencing hearing. The parties are available June 21, 22, and 23 if the Court has availability on those dates.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
1301 New York Ave. NW
Washington, D.C. 20530
Kathryn.fifield@usdoj.gov
(202) 320-0048