# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-CR-184 (DLF) |
| : | |
| **BARRY BENNET RAMEY,** : | |
| : | |
| *Defendant.* : | |

## PRAECIPE

THE CLERK of COURT will please take note that effective July 1, 2023, the address of record, contact information, and firm affiliation of counsel for Defendant shall be as follows:

>Farheena Siddiqui
>Bar No. 888325080
>Moore, Christoff & Siddiqui, PLLC
>526 King Street, Suite 506
>Alexandria, VA 22314
>fsiddiqui@moorechristoff.com
>703.535.7809 (office)
>571.223.5234 (fax)

>Barry Bennett Ramey
>By Counsel

/s/
_____
Farheena Siddiqui
Bar No. 888325080
Law Office of Samuel C. Moore, PLLC
526 King Street, Suite 506
Alexandria, VA 22314
fsiddiqui@moorechristoff.com
703.535.7809 (office)
571.223.5234(fax)

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Praecipe was served upon counsel of record through ECF on the date of filing.

/s/
_____
Farheena Siddiqui