UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | : |
| v. | : Case No. 1:22-cr-184-DLF |
| Barry Bennett Ramey, *Defendant.* | : |

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD**

COMES NOW, Attorney Farheena Siddiqui and hereby moves this Court for leave to withdraw as counsel of record for the Defendant, Barry Bennett Ramey, and states the following in support thereof:

1. Mr. Ramey retained attorney Farheena Siddiqui to represent him in the U.S. District Court for the District of Columbia (USDCDC).

2. At the conclusion of a bench trial, on March 3, 2023, Mr. Ramey was convicted in the USDCDC.

3. Mr. Ramey wishes to appeal his conviction.

4. Ms. Siddiqui is not retained to represent him in the appeal to Court of Appeals.

5. Mr. Ramey has been incarcerated for the last 14-months and lost his only source of income as a result. He is indigent and respectfully requests that this Court appoint him CJA counsel for his appeal.

6. Mr. Ramey has been served with a copy of this Motion via U.S. mail.

**WHEREFORE**, Attorney Farheena Siddiqui respectfully request leave to withdraw as counsel of record for Defendant, Barry Ramey, in this matter and for the Court to consider Mr.

Ramey's request for appointed counsel for his appeal.

Dated: July 19, 2023                              Respectfully Submitted,

/s/
_____
Farheena Siddiqui
Bar No. 92522
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
fsiddiqui@moorechristoff.com
Phone: 703-535-7809
Fax: 571-223-5234

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant's Motion for Leave to Withdraw as Counsel was served upon counsel of record through ECF on the date of filing.

/s/
_____
Farheena Siddiqui
Bar No. 92522
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
fsiddiqui@moorechristoff.com
Phone: 703-535-7809
Fax: 571-223-52

2