CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF: United States v. Barry Ramey

FOR:
AT:
LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Barry Bennet Ramey

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 97293-509
District Court: CR 22-184
Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box→) ☒ Felony ☒ Misdemeanor
- 18: 231(a)(3)
- 18: 111(a)(1)
- 18: 1752(a)(1)
- 18: 1752(a)(2)
- 18: 1752(a)(4)
- 40: 5104(e)(2)(F)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☒ No
- IF YES, how much do you earn per month? ___
- Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 5,498.00 | $0 owed 2016 VWPassat needs engine replaced est 21K |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ 2000.00 | Mechanic Tools |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $ 641.94

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? self

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 197.13 | $ n/a - Car Insurance Passat |
| Loans | $ | $ |
| Fines | $ | $ 2000.00 Restitution |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Signature of Defendant: [signed] Barry Ramey
(OR PERSON SEEKING REPRESENTATION)
Date: 7/21/23