# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3119**

**September Term, 2024**

**1:22-cr-00184-DLF-1**

**Filed On: January 13, 2025** [2093589]

United States of America,

      Appellee

    v.

Barry Bennet Ramey,

      Appellant

### M A N D A T E

In accordance with the judgment of November 19, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:    /s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed November 19, 2024